UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

UNITED STATES OF AMERICA,

        Plaintiff,                                        Case No. 23-cr-20086

v                                                   HON. MARK A. GOLDSMITH

D-1 DARRELL LEE,

        Defendant.

_____/

## ORDER TO BRING DEFENDANT TO COURT

The United States Marshals Service (the "Marshals Service") and the Federal Bureau of Prisons ("BOP") are directed to produce Defendant Darrell Lee in the above captioned proceeding for the plea hearing/ final pre-trial conference on April 25, 2023 at 11:00 a.m. in Courtroom 815, located in Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit, MI 48226.  In the event that Defendant Lee refuses to leave the facility where he is held or refuses to comply with any rules or procedures of the Marshals Service or the BOP regarding his transportation to court, the Marshals Service and the BOP may use such force as is reasonable to bring Defendant Lee to court.

        SO ORDERED.

Dated: April 20, 2023                                    s/Mark A. Goldsmith
       Detroit, Michigan                               MARK A. GOLDSMITH
                                                             United States District Judge