UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

UNITED STATES OF AMERICA,

    Plaintiff,                                          Case No. 23-cr-20086

v                                                            HON. MARK A. GOLDSMITH

D-1 DARRELL LEE,

    Defendant.
_____/

## AMENDED ORDER TO BRING DEFENDANT TO COURT

      The United States Marshals Service (the "Marshals Service") is directed to produce Defendant Darrell Lee in the above captioned proceeding for the plea hearing/ final pre-trial conference on April 25, 2023 at 11:00 a.m. in Courtroom 815, located in Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit, MI 48226. In the event that Defendant Lee refuses to leave the facility where he is held—i.e., Livingston County Jail, 150 S. Highlander Way, Howell, MI 48843—or refuses to comply with any rules or procedures of the Marshals Service regarding his transportation to court, the Marshals Service may use such force as is reasonable to bring Defendant Lee to court.

      SO ORDERED.

Dated: April 20, 2023                                      s/Mark A. Goldsmith
      Detroit, Michigan                                MARK A. GOLDSMITH
                                                                   United States District Judge