UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

UNITED STATES OF AMERICA,

    Plaintiff,                    Case No. 23-cr-20086

v                               HON. MARK A. GOLDSMITH

D-1 DARRELL LEE,

    Defendant.

_____/

## AMENDED ORDER TO BRING DEFENDANT TO COURT

The United States Marshals Service (the "Marshals Service") and/or personnel at the facility where Defendant Darrell Lee is held—i.e., Livingston County Jail, 150 S. Highlander Way, Howell, MI 48843—are directed to produce Defendant Lee in the above captioned proceeding for the plea hearing/ final pre-trial conference on April 25, 2023 at 11:00 a.m. in Courtroom 815, located in Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit, MI 48226. In the event that Defendant Lee refuses to leave Livingston County Jail or refuses to comply with any rules or procedures of the Marshals Service or Livingston County Jail regarding his transportation to court, the Marshals Service and/or Livingston County Jail personnel may use such force as is reasonable to bring Defendant Lee to court.

    SO ORDERED.

Dated: April 21, 2023                               s/Mark A. Goldsmith
   Detroit, Michigan                            MARK A. GOLDSMITH
                                               United States District Judge